ERIC GRANT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:26-po-00094-SAB |
|---|---|
| Plaintiff, | [Citations #E1463452 & # E1463453 CA/74] |
| v. | MOTION AND ORDER FOR DISMISSAL |
| NATHAN L. REED, | |
| Defendant. | |

The United States of America, by and through Eric Grant, United States Attorney, and Arelis M. Clemente, Assistant United States Attorney, hereby moves to dismiss Case No. 1:26-po-00094-SAB [Citations #E1463452 & #E1463453 CA/74] against NATHAN L. REED, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: June 9, 2026                 Respectfully submitted,

                                    ERIC GRANT
                                    United States Attorney

                        By:    /s/ *Arelis M. Clemente*
                                    ARELIS M. CLEMENTE
                                    Assistant United States Attorney

U.S. v. Reed
Case No. 1:26-po-00094-SAB

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:26-po-00094-SAB [Citations #E1463452 & #E1463453 CA/74] against NATHAN L. REED is dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:     **June 9, 2026**                                 _____

STANLEY A. BOONE
United States Magistrate Judge

U.S. v. Reed
Case No. 1:26-po-00094-SAB